UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Orlando Ra'palo, and Luis Galeana, On Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>Lucas Designs Incorporated and Brian Richard Lucas, individually,<br><br>   Defendants. | CIVIL ACTION NO: 9:17-cv-00710-DCN<br><br>**ORDER APPROVING FLSA SETTLEMENT** |

  Pending before the Court is the Joint Motion to Approve Settlement. Orlando Ra'palo and Luis Galeana ("Named Plaintiffs"), Luis Cabrera and Daisey Manzanares[1] ("Additional Plaintiffs") and Defendants Lucas Designs Incorporated and Brian Richard Lucas ("Defendants") (collectively, the "Parties") have reached a resolution in this matter and request the Court's approval of the terms of the settlement.

  Plaintiffs allege that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") by failing to pay overtime wages. Defendants deny any liability. There is a bona fide dispute as to the underlying facts and controlling law. The Parties, acknowledging the uncertainty as to liability and damages, have agreed upon a fair and reasonable settlement.

  In FLSA cases, district courts may approve a settlement that "reflects a reasonable compromise of disputed issues." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). After due consideration and review of the Settlement Agreements for fairness,

---

[1] Cabrera and Manzanares joined this action by filing their consent to joint with the Court on September 26, 2017. (Dkt. 17.)

the Court finds that the proposed settlement in this case is just, reasonable, and in the best interests of the Parties.[2]

The receipt of payment to Plaintiffs under the terms of the Settlement Agreements fully satisfies and releases any and all wage and hour claims that Plaintiffs have against the Defendants.

The Court hereby approves the Settlement Agreements as requested by the Parties. The Court shall retain jurisdiction of the action until all obligations set forth in the Settlement Agreements have been completed and a stipulation of dismissal with prejudice is filed.

**IT IS HEREBY ORDERED** that the terms of the settlement in the above-styled matter are approved.

_____
David C. Norton
United States District Judge

January 25, 2018
Charleston, South Carolina

---

[2] The Settlement Agreements are attached as Exhibits A-D to the Joint Motion to Approve Settlement.